# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NESTOR LEON,**

        Petitioner,

v.                                                     Case No. 6:19-cv-1882-JA-DCI

**UNITED STATES OF AMERICA,**

        Respondent.

## ORDER

THIS CAUSE is before the Court on Petitioner Nestor Leon's Motion for Contempt under Rule 45(g) of the Federal Rules of Civil Procedure ("Motion," Doc. 67). The Motion requests the Court to hold McCoy Federal Credit Union in contempt for failing to comply with subpoena duces tecum. Petitioner, however, subsequently filed a "Notice of Compliance" in which he indicates that McCoy Federal Credit Union complied with the subpoena by notifying him *inter alia* that it no longer has "all views of surveillance. . ." from the date of the offenses. (Doc. Nos. 71, 71-1.) Petitioner further notes that McCoy Federal Credit Union provided him with a video that he is attempting to view to determine what it contains. (Doc. 71 at 1.)

Upon consideration of the Motion and Petitioner's Notice of Compliance, it is **ORDERED** as follows:

1. Petitioner's Motion for Contempt (Doc. 67) is **DENIED**.

2. Within **TWENTY-ONE (21) DAYS** from the date of this Order, Petitioner shall file with the Court a copy of the video provided to him by McCoy Federal Credit Union. Petitioner is warned that upon the expiration of this time, his pending motions will be considered and an order entered thereon without further notice.

**DONE** and **ORDERED** in Orlando, Florida, on August 9, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party